UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN RE:
Christine A. Holland                           CASE NO. 13-33528-HCD
                                               CHAPTER 13
Debtor

### RESPONSE TO ORDER TO SHOW CAUSE

Comes now, Green Tree Servicing, LLC ("Green Tree") by counsel, and in response to the Court's July 30, 2015 Order to Show Cause states that Green Tree has now filed and served the Notice of Motion and Opportunity to Object as directed by the Court in its May 29, 2015 order. The notice was not filed earlier due to an oversight by the undersigned and the undersigned apologizes to the Court for his inadvertence.

Attorneys for Creditor

By: _____
Michael J. Kulak   21347-53
Unterberg & Associates, P.C.
Atty File: 1016903

### CERTIFICATE OF SERVICE

I certify that on August 3, 2015 a copy of the attached was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Jason Allen; notices@lawsolutionsbk.com
Debra L. Miller; dmecf@trustee13.com
United States Trustee, N.D., IN; ustpregion10.so.ecf@usdoj.gov

Attorneys for Creditor

By: _____
Michael J. Kulak   21347-53

Unterberg & Associates, P.C.
8050 Cleveland Place
Merrillville, IN 46410
(219) 736-5579
bankruptcy@unterlaw.com
Atty File: 1016903

**This communication is from a Debt Collector.**
**This is an attempt to collect a debt and any information obtained will be used for that purpose.**